UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 01 C 3271 |
| KETON JACKSON, | ) ) | |
| Defendant, | ) | Judge Conlon |
| and | ) ) | Magistrate Judge Nolan |
| UNION PACIFIC RAILROAD | ) ) | |
| Garnishee. | ) | |

## REPORT AND RECOMMENDATION

Motion for entry of order of garnishment presented. This court recommends that the United States's motion for an order of garnishment directed to Union Pacific Railroad be GRANTED.

On May 30, 2001 the presiding district judge entered judgment in favor of the plaintiff and against the defendant, Keton Jackson in the amount of $9,768.00 with interest accruing from the date of the judgement at the post-judgment rate. As of March 31, 2005 the defendant owed a balance of $10,354.63 on the judgment. A writ of continuing garnishment was served on February 22, 2005. Union Pacific Railroad answered that it had in its possession, custody or control wages belonging to Keton Jackson. On March 1, 2005 the defendant was given notice of the right to object and to a hearing. As of the date of this report and recommendation, defendant has not submitted an objection or requested a hearing.

This court finds that the United States has complied with the requirements of 28 U.S.C. §§ 3202 and 3205, and that it is entitled to have paid over to it 25% of defendant's disposable wages for each pay period until the balance of the judgment (plus interest) is paid in full. Accordingly, this

court respectfully recommends that the district judge enter an order of garnishment, in the form attached to the United State's motion, directing garnishee Union Pacific Railroad to pay to the United States a sum equal to 25% of the disposable wages of Keton Jackson until the judgment debt is paid in full, or until the garnishee no longer has possession, custody or control of wages or income of the defendant, or until further court order.

Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served. Fed. R.Civ. P.72(b). Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. *See Video View, Inc. v. Studio 21. Ltd.*, 797 F.2d 538,539 (7th Cir. 1986).

ENTER:

*[signature]*
United States Magistrate Judge

Date: 4/13/05